# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 20mj4876-BGS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Rosa Moreno | Booking No. |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  11/12/2020
the Court entered the following order:

|   | |
|---|---|
|   | Defendant be released from custody. |
|   | Defendant placed on supervised / unsupervised probation / supervised release. |
|   | Defendant continued on supervised / unsupervised probation / supervised release. |
|   | Defendant released on _____ Bond posted. |
| X | Defendant appeared in Court.  FINGERPRINT & RELEASE. |
|   | Defendant remanded and ( ____ bond ) ( ____ bond on appeal ) exonerated. |
|   | Defendant sentenced to TIME SERVED, supervised release for ____ years. |
|   | Bench Warrant Recalled. |
|   | Defendant forfeited collateral. |
|   | Case dismissed. |
|   | Case dismissed, charges pending in case no. |
|   | Defendant to be release to Pretrial Services for electronic monitoring. |
|   | Other. |

BERNARD G. SKOMAL

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by  D. Juarez   557-7104

11/12/20
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

## Read: Abstract - Fingerprint + Release - 20mj4876 (Rosa Moreno)

CAS Releases

Thu 11/12/2020 4:48 PM

**To:** Maria Rutledge

🖉 1 attachments (49 KB)

Read: Abstract - Fingerprint + Release - 20mj4876 (Rosa Moreno);